UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 8:07-mc-105-T-26TBM |
| : | |
| THERESA A. SIMS, : | |
| : | |
| Respondent. : | |

## ORDER TO SHOW CAUSE

UPON THE PETITION of the United States of America, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Petition to Enforce Internal Revenue Service Summonses (Dkt. 1) is granted and Respondent Theresa A. Sims is directed to appear before the undersigned in Courtroom 15B at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, on **January 18, 2008, at 11:30 a.m.**, to show cause, if any, why she should not be compelled to comply with the Internal Revenue Service summonses served upon her on January 29, 2007.  It is further

ORDERED, ADJUDGED, AND DECREED that within thirty days of the entry of this Order the United States shall arrange for a duly authorized official of the Internal Revenue Service, the United States Marshals Service, or a private process server to serve upon Respondent of a copy of this Order to Show Cause, together with a copy of the Petition and Exhibits thereto, and make due return to this Court.  It is further

ORDERED, ADJUDGED, AND DECREED that within ten days of service of a copy of this Order, Respondent shall file and serve a written response to the Petition. Only those issues raised by motion or responsive pleading shall be considered by the Court, and any uncontested allegations in the Petition shall be deemed admitted.  It is further

ORDERED, ADJUDGED, AND DECREED that if Respondent has no objection to compliance with the summonses, Respondent shall comply with the summonses and, at least three business days prior to the date of the Show Cause Hearing, notify the Clerk of Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

DONE AND ORDERED in Tampa, Florida, on November 20, 2007.

RICHARD A. LAZZARA
United States District Judge

c:  Patricia A. Willing, AUSA